## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE: Shawn Cornelius O'Brien
Christine Lynn O'Brien                                    Case Number:   16-50681
DEBTORS

## ORDER

The chapter 13 trustee having filed a motion to request information from the debtors regarding payment of a debtor refund, and the court being sufficiently advised, IT IS ORDERED:

Within 30 days from the date of this order, the debtors, by counsel, should file a response stating whether the trustee should send the refund:

- To both debtors jointly, and mailed to the address for Debtor #1;
- To both debtors jointly, and mailed to the address for Debtor #2;
- To Debtor #1 only;
- To Debtor #2 only; or
- Half to Debtor #1 and half to Debtor #2.

If a response is not timely filed, the trustee is authorized to pay the refund to the Court's Registry Fund on behalf of the debtors jointly.

Responses are not required to be set for hearing.

The trustee shall serve this order concurrently with the motion and shall file a certificate of service.

Copies to:

Shawn Cornelius O'Brien
4006 River Road
Cincinnati, OH  45204

Christine Lynn O'Brien
561 Rose Hill Road
Carlisle, KY  40311

CANUPP, BRIAN T.
Served Electronically Via ECF

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, October 25, 2019**
(tnw)